George Mochel, appellant, v. George Rice, appellee.

Replevin for fixtures and stock of goods alleged to have been sold to defendant by plaintiff's vendee under a conditional sale. Judgment for defendant for return of the property and for damages. Appeal from the City Court of Pana; the Hon. Harry C. Stuttle, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed October 25, 1921.

E. E. Dowell, L. G. Griffith and McDavid, Monroe & Hershey, for appellant. Bryan H. Tivnen, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Duncan Brothers, appellees, v. J. H. Donaldson et al., appellants.

Judgment upon a judgment note opened up to permit a defense to be made and the pleading of a set-off. Judgment for plaintiff with an allowance of certain credits to defendants. Appeal from the Circuit Court of Macon county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed October 25, 1921.

McDavid, Monroe & Hershey and J. C. Lee, for appellants. Jack & Boggess, for appellees.

Mr. Justice Niehaus delivered the opinion of the court.

---

Elmer E. Kelso, appellant, v. Joe Chipman, appellee.

Action of assumpsit to recover a commission for the sale of real estate. Judgment for defendant. Appeal from the Circuit Court of Fulton county; the Hon. Harry M. Waggoner, Judge, presiding. Heard in this court at the April term, 1921. Reversed and remanded. Opinion filed October 25, 1921.

Harvey H. Atherton and Glenn Ratcliff, for appellant. Burnett M. Chiperfield and Claude E. Chiperfield, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

Jesse A. Miller, administrator of the estate of George W. Woodward, deceased, appellee, v. Chester & O'Byrne Transfer Company, appellant.

Action for damages for wrongful death caused by defendant's taxicab striking deceased while riding on a bicycle. Judgment for plaintiff. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the April term, 1921. Reversed and remanded. Opinion filed October 25, 1921.

Ode L. Rankin, Joseph Lustfield and Theodore A. Spence, for appellant; Rankin & Lustfield, of counsel. Green & Palmer, for appellee; Henry I. Green and Oris Barth, of counsel.

Mr. Justice Niehaus delivered the opinion of the court.